## Exhibit A to the Complaint

**Location:** Chadds Ford, PA  **IP Address:** 71.162.179.226
**Total Works Infringed:** 29  **ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 7E114AAC74340AFFC0F47A771CFB294A881F9F83 | 05/27/2025 19:08:42 | TushyRaw | 05/27/2025 | 06/09/2025 | PA0002534195 |
| 2 | D44B23D17271E0E57B69A3C84D87DDDF32566EF0 | 05/25/2025 19:01:23 | Tushy | 05/25/2025 | 06/09/2025 | PA0002534196 |
| 3 | E680E099A006A8550BC4C3021C6D7BEA8DD9A365 | 05/23/2025 21:27:49 | Vixen | 05/23/2025 | 06/10/2025 | PA0002534384 |
| 4 | 8900FCEB88D5C707FDD48DCF634139F45D8B0E60 | 05/23/2025 00:35:19 | Blacked Raw | 05/21/2025 | 06/09/2025 | PA0002534198 |
| 5 | 00914CB5021F73623B397CABA18C3FC2480930ED | 05/23/2025 00:35:19 | Milfy | 05/21/2025 | 06/09/2025 | PA0002534212 |
| 6 | 5B473DDD558C5D0B636F1D0AFFDC67ACABA51537 | 05/14/2025 01:47:03 | Blacked | 05/13/2025 | 05/20/2025 | PA0002531793 |
| 7 | 1b9c17f3aa3e227dce05bbeff6b71b533b530230 | 04/23/2025 02:54:57 | Blacked | 09/05/2020 | 09/29/2020 | PA0002258686 |
| 8 | 4fcdceac0e9d9103e01a7bee9b8ad61ac286ebee | 04/22/2025 10:40:36 | Blacked | 12/09/2024 | 12/13/2024 | PA0002506321 |
| 9 | 31F45198296C3BABDFDA8431D2CBE20A8DB96D8B | 04/19/2025 01:11:24 | Blacked | 04/18/2025 | 04/22/2025 | PA0002527059 |
| 10 | 6D2752357C2DE26CD5673D803E3B5862414B15D9 | 04/19/2025 01:07:22 | Vixen | 04/18/2025 | 04/23/2025 | PA0002527325 |
| 11 | 4f997d20631cef56d3b3e51f3cc4ebed93300b19 | 04/18/2025 07:30:29 | Tushy | 09/03/2019 | 09/13/2019 | PA0002200699 |
| 12 | A0DA8DC56283272546EB220BE0F577B913D9905F | 04/16/2025 20:31:44 | Blacked Raw | 04/16/2025 | 04/22/2025 | PA0002527007 |
| 13 | DFDA8C0C6AA09EDA5A53EA46045B897756F797E1 | 04/01/2025 20:39:03 | Tushy | 03/02/2025 | 03/28/2025 | PA0002522493 |
| 14 | C6D35A86879C624139C1423FD83FB7007E391B57 | 04/01/2025 20:37:19 | TushyRaw | 11/26/2024 | 12/13/2024 | PA0002506324 |
| 15 | BAE5DD0AAA74C639F28100E1ED514E2919980267 | 04/01/2025 20:36:34 | Vixen | 02/14/2025 | 02/18/2025 | PA0002515969 |
| 16 | 7776EF75EF2E1D1F1DD765BCE70F60D7D7B7B2AD | 04/01/2025 20:36:19 | Tushy | 01/27/2025 | 02/18/2025 | PA0002515936 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 926A8E50222D9691A070923DBB4FB593F8F00CEF | 04/01/2025 20:36:07 | Tushy | 12/15/2024 | 01/16/2025 | PA0002509284 |
| 18 | 86C939FF127F2D85F3A46E9646B819466EADF447 | 04/01/2025 20:35:10 | Tushy | 02/09/2025 | 02/18/2025 | PA0002515855 |
| 19 | 4A75B372E834CA5092BA722E9FB6203C11E3CB2C | 04/01/2025 20:35:07 | Vixen | 12/13/2024 | 01/16/2025 | PA0002509636 |
| 20 | 81517298105905F084BD05421C11EACCA294B919 | 04/01/2025 20:35:01 | Tushy | 01/05/2025 | 01/16/2025 | PA0002509626 |
| 21 | 781B41DA9642C8BA11397BDA67435F8D2AA162CE | 04/01/2025 20:34:55 | Blacked | 03/09/2025 | 03/25/2025 | PA0002521745 |
| 22 | 713FE50B180C1C3B8ACAED7C0C366D1075F2AF15 | 04/01/2025 20:34:38 | Vixen | 11/22/2024 | 12/13/2024 | PA0002506262 |
| 23 | B1854FD9A22B44E580108C21ECDEE32EEA53085A | 04/01/2025 20:34:11 | Vixen | 12/20/2024 | 01/16/2025 | PA0002509655 |
| 24 | 6072E2BE06E41D3234A5551465D62D5BCEBBC8B9 | 04/01/2025 20:34:04 | Blacked Raw | 03/17/2025 | 03/25/2025 | PA0002521731 |
| 25 | 60D5921736A3F3E118D8A08C6FCA7499C96EFA53 | 04/01/2025 20:34:00 | Blacked | 03/29/2024 | 04/10/2024 | PA0002464918 |
| 26 | 4FDD0CA9F6FAA4D395EA49A24413C6D5ACAD214E | 04/01/2025 20:33:21 | Blacked | 12/14/2024 | 01/15/2025 | PA0002509267 |
| 27 | 3FA262B309707543ED48FE03410BEACF17111750 | 04/01/2025 20:33:17 | Blacked | 12/19/2024 | 01/15/2025 | PA0002509251 |
| 28 | 447F8A6FC27E5BACAE0BA3E1BF0A48C1C633FB26 | 04/01/2025 20:32:59 | Tushy | 11/24/2024 | 12/13/2024 | PA0002506272 |
| 29 | A62D85E44288FAF6D8DE9C2A2BAD2070CC0F03A2 | 04/01/2025 20:32:28 | Blacked | 11/29/2024 | 12/13/2024 | PA0002506313 |